| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| Plaintiff, | § § § | |
| versus | § § | CIVIL ACTION NO. 1:09-CV-976 |
| $25,596.00 IN UNITED STATES CURRENCY, | § § § § | |
| Defendant. | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to a Referral Order entered on November 19, 2009. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant plaintiff's motion for default judgment and enter final judgment in this matter.

The magistrate judge's report is hereby **ADOPTED**. It is

**ORDERED** that plaintiff's motion for default judgment (Docket No. 9) is **GRANTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 20th day of April, 2010.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE